FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JUL 27 2015

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

UNITED STATES OF AMERICA,
    Plaintiff,

v.

Criminal No. 3:15CR30
Violations: 18 U.S.C. § 922(a)(6)

KODY WILLIAM BROWN,
    Defendant.

## INFORMATION

(False statement during purchase of a firearm)

The United States Attorney charges that:

### COUNT ONE

On or about the 7th day of February, 2015, in Morgan County, within the Northern District of West Virginia, the defendant, KODY WILLIAM BROWN, in connection with the acquisition of a firearm, an RSA, .357 caliber Magnum revolver, serial number 202622, from Berkeley Springs Trading Post, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Berkeley Springs Trading Post, which statement was intended and likely to deceive Berkeley Springs Trading Post, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was the true and actual purchaser of the firearm, when in fact, as the defendant, then and there well knew he was purchasing the firearm for another, in violation of 18 U.S.C. § 922(a)(6).

WILLIAM J. IHLENFELD, II,
UNITED STATES ATTORNEY

Paul T. Camilletti
Assistant United States Attorney