PROB 12B
(Rev 7/93)

# United States District Court
## for the
## Northern District of West Virginia

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kody William Brown Case Number: 3:15CR30

Name of Sentencing Judicial Officer: Honorable Gina M. Groh, Chief United States District Judge

Date of Original Sentence: November 2, 2015

Original Offense: False Statement During Purchase of a Firearm, in violation of Title 18 United States Code, Section 922(a)(6)

Original Sentence: Sentenced to a term of imprisonment of 5 months with additional 5 months of home detention to be served as part of supervised release, pursuant to U.S.S.G. 5C1.1(d)(2)

Type of Supervision: Supervised Release Date Supervision Commenced: June 2, 2016

## PETITIONING THE COURT

[ ] To extend the term of supervision for year(s), for a total term of year(s).

[X] To modify the conditions of supervision as follows:

**The defendant shall serve three years of supervised release with the first 5 months on home detention.**

## CAUSE

The above defendant commenced supervised release on June 2, 2016. Since that time, he has remained compliant with all instructions and direction regarding his requirement for home detention with electronic monitoring. The defendant is employed full-time with Buhl Electric Company, located in Sterling, Virginia, and regularly works additional hours on the weekends. The undersigned has spoken with his supervisor and verified information reported by the defendant concerning his work schedule and job locations throughout Virginia. Because of his compliance with the home detention program and his requirements for work hours including additional weekend hours in various locations, it is recommended that the defendant remain on home detention, however, without electronic monitoring as noted above.

Prob12B           -2-           Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Respectfully submitted,

by *[signature]*

Eydie Malik
U. S. Probation Officer
Date: July 18, 2016

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☑ The Modification of Conditions as Noted Above
☐ Other

*[signature]*
Signature of Judicial Officer

Jul 21, 2016
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## for the
## Northern District of West Virginia

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall serve three (3) years of supervised release with the first five (5) months on home detention.**

Witness: _/s/ Eydie Malik_  Signed: _/s/ Kody Brown_
Eydie Malik                      Kody William Brown Generation
U. S. Probation Officer          Probationer or Supervised Releasee

July 18, 2016
DATE